UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| BESSIE IRENE KEEPER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 6:16-1918-MGL-KFM |
| | ) |
| CAROLYN W. COLVIN, | ) |
| ACTING COMMISSIONER OF | ) |
| SOCIAL SECURITY, | ) |
| | ) |
| | ) |
| Defendant. | ) |

ORDER

Upon consideration of Defendant's Motion to Remand, and any response thereto, it is hereby

ORDERED that Defendant's Motion is **GRANTED**, and the case is remanded to the Commissioner pursuant to the sixth sentence of 42 U.S.C. § 405(g).

                                                      s/Mary Geiger Lewis
                                                      Mary Geiger Lewis
                                                      United States Magistrate Judge

October 12, 2016
Columbia, South Carolina