AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| Bessie Irene Keeper, | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.   6:16-cv-01918-MGL-KFM |
| Commissioner Social Security Administration, | ) |
| *Defendant* | ) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: the Commissioner's decision is reversed and the action is remanded for further administrative action.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Mary Geiger Lewis.

Date:   October 12, 2016                                           *ROBIN L. BLUME, CLERK OF COURT*

                                                                                    s/Ashley Buckingham, Deputy Clerk
                                                                                    *Signature of Clerk or Deputy Clerk*